IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, § § § § *Plaintiff*, § § § v. § § SAMSUNG ELECTRONICS AMERICA § INC. ET AL., § § § *Defendants*. § | Civil Action No. 2:15-cv-1754-JRG-RSP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation issued by Magistrate Judge Roy S. Payne on September 21, 2016 (Dkt. No. 93) recommending denial of the Motion to Dismiss for Failure to State a Claim (Dkt. No. 23) filed by Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. Having fully considered the Objections raised by Defendants (Dkt. No. 100) and finding them to be without sufficient merit, the Court hereby adopts the Recommendation.

It is, therefore, ORDERED that Defendants' Motion to Dismiss for Failure to State a Claim (Dkt. No. 23) is DENIED.

**So Ordered this**
**Sep 28, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE