UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:15-cv-1754-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC. & SAMSUNG ELECTRONICS CO., LTD., | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Magistrate Judge Payne (Dkt. No. 93) concluding that Samsung's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. 23) be denied because the asserted patents are directed to patent-eligible subject matter under 35 U.S.C. § 101. After reviewing the record and the objections *de novo*, the Court finds that the Magistrate Judge's Report and Recommendation should be **ADOPTED**. (Dkt. No. 93.) Accordingly, Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. No. 23) is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE