# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD. <br><br> Defendants. | Civil Action No. 2:15-cv-1754-JRG-RSP |

## ORDER ON JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the joint motion filed by Plaintiff Personalized Media Communications, LLC ("PMC") and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. ("Samsung") (collectively, the "Parties") for a stay of thirty (30) days of all unreached deadlines in the Court's Docket Control Order, in which time the Parties expect to finalize the settlement agreement and file dismissal papers with the Court.  Upon consideration of said motion, the Court is of the opinion that the motion should be and hereby is GRANTED.  If dismissal papers are not filed, counsel are directed to appear at a status conference on February 13, 2017 at 1:30 p.m.

**SIGNED this 12th day of January, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE